Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIESE MEAD and ROBERT A. MEAD, *wife and husband and their marital community comprised thereof,*<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　*Defendant*. | No. 3:19-cv-05895<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |

Pursuant to LCR 3(h) Plaintiffs submit this notice of pendency of other action.

| **Case Name** | **Case No.** |
|---|---|
| In Re: *Boston Scientific Corp., Pelvic Repair System Products Liability Litigation* | 2:12-md-02326 |

DATED this 27th day of September 2019.

　　　　　　　　　　　　　　　　CORRIE YACKULIC LAW FIRM, PLLC

　　　　　　　　　　　　　　　　*Corrie J. Yackulic*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Corrie J. Yackulic, WSBA No. 16063
　　　　　　　　　　　　　　　　110 Prefontaine Place South, Ste. 304
　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　Tel. 206.787.1915
　　　　　　　　　　　　　　　　corrie@cjylaw.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

NOTICE OF PENDENCY OF OTHER ACTION
PAGE- 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725