# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LIESE MEAD AND ROBERT A. MEAD,

    Plaintiffs,

  v.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

No. 3:19-cv-5895-MAT

**ORDER**

    The Court, having considered the Parties Joint Motion for Adoption of the MDL Protective Order, filed January 15, 2020, finds that the motion should be GRANTED.

    ORDERED, the MDL Protective Order is adopted and applicable to this matter.

    DATED this 21st day of January, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

US.126309700.01